**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT A. VALENCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | NO. CV 12-2336-DMG(E)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: April 1, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE